IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00552-MSK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM ELSBERG,
SANDRA ELSBERG,
TIM ORTEGA, Trustee, San Juan Ventures,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **United States' Motion for Leave to Permit Counsel to Appear Telephonically at July 17, 2008 Conference** [Docket No. 12; Filed July 8, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff is directed to call Chambers at (303)-335-2770 at the appointed date and time to participate in the Scheduling Conference.

    Dated: July 8, 2008