**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE  MARCIA S. KRIEGER**

Courtroom Deputy:  LaDonne Bush         Date: June 9, 2009
Court Reporter:    Paul Zuckerman

Civil Action No.   08-cv-00552-MSK-KLM

*Parties*:                                *Counsel Appearing*:

UNITED STATES OF AMERICA,                 Curtis Smith

     Plaintiff,

v.

WILLIAM ELSBERG;                          No appearance
SANDRA ELSBERG; and
TIM ORTEGA, TRUSTEE, SAN JUAN
VENTURES,

     Defendants.

## MINUTES OF RULE 16 CONFERENCE

**9:12 a.m.      Court in session.**

Mr. Smith appears by telephone.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     United States' Motion for Default Judgment (Doc. 46) is denied.

**ORDER**:     Motion to Continue All Pre-Trial and Trial Dates (Doc. 56) is granted.

**ORDER**:     Recommendation of United States Magistrate Judge (Doc. 57) is declined.

**ORDER**:     United States' Renewed Motion for Default Judgment as to the Order of Foreclose and Judicial Sale (Doc. 58) is denied.

**ORDER**:     Entry of Default (Doc. 45) is set aside.

**ORDER**:     United States is granted an additional 100 days to effect service on these defendants and 10 days to request appropriate relief under Rule 4(f) and(g) of the Colorado Rules of Civil Procedure.

**9:29 a.m.**     **Court in recess.**

Total Time: 00:17
Hearing concluded.