IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00552-MSK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM ELSBERG,
SANDRA ELSBERG,
TIM ORTEGA, Trustee, San Juan Ventures,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **United States' Unopposed Motion for Leave to Permit Counsel to Appear Telephonically at October 29, 2009 Conference** [Docket No. 96; Filed October 13, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Curtis C. Smith, counsel for Plaintiff, shall appear by telephone at the Scheduling Conference set for October 29, 2009 at 10:00 a.m.  At that time, counsel for Plaintiff shall contact chambers at (303) 354-2770 in order to participate in the conference.

    Dated:  October 14, 2009