IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00552-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

WILLIAM ELSBERG; and
SANDRA ELSBERG,

       Defendants.

## ORDER GRANTING MOTION TO DISMISS CLAIMS

       THIS MATTER comes before the Court on the Motion to Dismiss Defendant Ortega from this Case (Motion) **(#120)** filed April 20, 2010 and the Response (#125) filed thereto. Having reviewed the Motion,

       **IT IS ORDERED** that the Motion is **GRANTED**. All claims against Defendant Tim Ortega, Trustee, San Juan Ventures, are hereby dismissed. All future captions shall so reflect.

       DATED this 2nd day of June, 2010.

       **BY THE COURT:**

       */s/ Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge